

**IT IS ORDERED as set forth below:**

**Date: March 18, 2019**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO. **16-72082-PMB** |
| | : | |
| **HANG NGOC NHAN aka HANK NHAN**, | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |
| | : | |
| **NEIL C. GORDON,** | : | |
| **Trustee for the Estate of** | : | |
| **HANG NGOC NHAN aka HANK NHAN,** | : | |
| | : | |
| Plaintiff, | : | ADVERSARY PROCEEDING |
| | : | |
| v. | : | |
| | : | |
| **WELLS FARGO BANK, N.A.,** | : | NO. **18-5227** |
| | : | |
| Defendant. | : | |

## <u>ORDER AND NOTICE OF RULE 26(f) CONFERENCE</u>

**IT IS ORDERED and NOTICE IS HEREBY GIVEN** that the parties shall confer pursuant to FED R. CIV. P. 26(f) and Bankruptcy Local Rule 7016-1 and shall file with the Court on or before **April 17, 2019**, a written report that sets forth the following information:

1. **Initial Disclosures**. (Include one or more of the following, modified as appropriate).

[  ] The parties have made the initial disclosures required by FED R. CIV. P. 26(a)(1).

[  ] The parties agree to exchange written and verified initial disclosures.

[  ] The parties have agreed not to make initial disclosures and to waive the requirements of FED R. CIV. P. 26(a)(1) with regard to same.

2. **Discovery Plan**.  The parties jointly propose to the Court that discovery shall be completed by _____, subject to modification by the Court with the consent of the parties or for good cause shown.

3. **Other items**.

(a) The parties shall submit a consolidated pretrial order no later than _____. *See* Bankruptcy Local Rule 7016-2.

(b) Unless further ordered by the Court, Plaintiffs will be allowed until _____ to file motions to join additional parties and until _____ to file motions to amend the pleadings.

(c) Unless further ordered by the Court, Defendant(s) will be allowed until _____ to file motions to join additional parties and until _____ to file motions to amend the pleadings.

(d) All dispositive motions, including Motions for Summary Judgment, will be filed by _____.

4. **Settlement Potential**.

(a) The parties [  ] have [  ] have not discussed settlement.

(b) The parties [  ] do [  ] do not intend to hold additional settlement conferences among themselves prior to the close of discovery.  The proposed date of the next settlement conference is _____.

(c) The parties [  ] have [  ] have not considered alternative dispute resolution.

(d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures [check applicable boxes]: [  ] Mediation; [  ] Judicial settlement conference; [  ] Early neutral evaluation; [  ] Other.

5. Identify any other matters regarding this Court's authority or jurisdiction, discovery or case management that may require the Court's attention (e.g., concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts).

6. Do the parties consent to this Court entering final orders and judgment in this proceeding?[1]

7. Any other matters not covered above.

8. Whether the parties [  ] do [  ] do not request a conference with the Court prior to entry of the scheduling order.  Any such conference may be [  ] by telephone [  ] in chambers  or [  ] in Court.

9. Failure to timely file the required written report shall mean that this proceeding shall be governed by Bankruptcy Local Rule 7016-1(b)(2), including that discovery must be completed within ninety (90) days from the later of the appearance of the first defendant by answer or motion.

The Clerk is directed to serve a copy of this Order and Notice upon counsel for the Plaintiff-Chapter 7 Trustee, counsel for the Defendant, and the United States Trustee.

**[END OF ORDER]**

---

[1] If no Report is filed or if this question is not answered in the Report, one or more of the parties must file a separate, written statement indicating any objection to this Court entering final orders or judgment in this matter if any of the parties do, in fact, have such an objection. The failure to raise such an objection could result in this Court concluding that the parties have knowingly and voluntarily consented to this Court entering final orders and judgment in this proceeding.

3