UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-72082-PMB |
| | : | |
| HANG NGOC NHAN, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| NEIL C. GORDON, Chapter 7 Trustee for The Estate of Hang Ngoc Nhan, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 18-05227-PMB |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Defendant Wells Fargo Bank, N.A. ("Defendant") and Neil C. Gordon, Chapter 7 Trustee (the "Plaintiff") for the bankruptcy estate (the "Estate") of Hang Ngoc Nhan, and, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of Plaintiff's Complaint in this Adversary Proceeding with prejudice.

13355838v1

Respectfully submitted, this 5th day of April, 2019.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ William D. Matthews*
William D. Matthews
Georgia Bar No. 470865
william.matthews@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Ph: 404.873.8670 / Fax: 404.873.8671

Attorneys for Plaintiff

MCCALLA RAYMER, LLC

*/s/Michelle Hart Ippoliti (by WDM with permission)*
Michelle Hart Ippoliti
Georgia Bar No. 334291

1544 Old Alabama Road
Roswell, GA 30076
Ph & F (678) 281-6537
michelle.ippoliti@mccalla.com

Attorneys for Defendant

13355838v1

## CERTIFICATE OF SERVICE

This is to certify that I, William D. Matthews, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *Stipulation of Dismissal* by electronic mail on all those persons or entities set forth below at the email addresses stated:

Michelle Hart Ippoliti
MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA 30076
michelle.ippoliti@mccalla.com

This 5th day of April, 2019.

*/s/ William D. Matthews*
William D. Matthews
Georgia Bar No. 470865

13355838v1